UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND FLOWERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPT. APRIL MAXFIELD, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04935 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant action with prejudice for failure to state a claim for relief and as untimely.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __May 31, 2023_____**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\04935Flowers_judgment